UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHAD BROCIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:17-CV-164-PPS-JEM |
| v. | ) | |
| | ) | |
| BORDEN WASTE AWAY SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Parties' joint Stipulation for Dismissal [DE 14] with prejudice is **SO ORDERED** and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED** with each party to bear its own costs.  All future settings and deadlines are **VACATED**.

**SO ORDERED**.

ENTERED: December 21, 2017.

 s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**